# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>SHAOFEI CHENG<br><br>*Defendant(s)* | Case No.<br>6:24-mj-98-MK |

Certified to be a true and correct copy of original filed in this District
Dated: 05/17/2024
**MELISSA AUBIN, Clerk of Court**
U.S. District Court of Oregon
By: **s/E Toles**
Pages 1 Through 8

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 1 - April 1, 2024 in the county of Benton in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 876(c) | Mailing Threatening Communications |

This criminal complaint is based on these facts:

The attached affidavit of Special Agent Damara Gonzalez, which is incorporated herein.

☑ Continued on the attached sheet.

S/Damara Gonzalez
*Complainant's signature*

Damara Gonzalez, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9 a.m./p.m.

Date: 5/17/24

*Judge's signature*

Mark D. Clarke    US Magistrate Judge
*Printed name and title*

City and state: Medford, Oregon