# UNITED STATES DISTRICT COURT
for the
District of Oregon



Certified to be a true and correct
copy of original filed in this District
Dated: **05/17/2024**
**MELISSA AUBIN, Clerk of Court**
U.S. District Court of Oregon
By: **s/E Toles**
Pages __1__ Through __1__

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 6:24-mj-98-MK |
| | ) | |
| SHAOFEI CHENG | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SHAOFEI CHENG                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Mailing Threatening Communications, in violation of 18 U.S.C. § 876(c)

Date: 5/17/24

*Issuing officer's signature*

City and state:    Eugene, OR                                    Mark D. Clarke, United States Magistrate Judge
*Printed name and title*

**Return**

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |

Date: _____

*Arresting officer's signature*

*Printed name and title*