**RECEIVED**
By United States Marshals Service at 10:47 am, May 20, 2024

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Certified to be a true and correct copy of original filed in this District
Dated: 05/17/2024
MELISSA AUBIN, Clerk of Court
U.S. District Court of Oregon
By: s/E Toles
Pages 1 Through 1

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 6:24-mj-98-MK |
| SHAOFEI CHENG | ) |
| Defendant | ) |

FID: 11675412
USMS: 15972-511

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) SHAOFEI CHENG,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Mailing Threatening Communications, in violation of 18 U.S.C. § 876(c)

Date: 5/17/24

_Issuing officer's signature_

City and state: Eugene, OR

Mark D. Clarke, United States Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on (date) 05/17/2024, and the person was arrested on (date) 05/18/2024
at (city and state) Anchorage, AK.

Date: 05/20/2024

_Arresting officer's signature_

SA R. Dogulas (FBI)
_Printed name and title_